Joseph A. DeGirolamo, Esq. (admitted *pro hac vice*)
Bruce D. DeRenzi, Esq. (admitted *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Telefax: (212) 415-8701

Daniel M. Cislo, Esq., No. 125,378
Mark D. Nielsen, Esq., No. 210,023
CISLO & THOMAS, LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401-1211
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendants AUDIOVOX
CORPORATION, AUDIOVOX ELECTRONICS
CORPORATION, SOUTHWEST DEALER
SERVICES, INC., CODE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNADYNE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AUDIOVOX CORPORATION, AUDIOVOX ELECTRONICS CORPORATION and SOUTHWEST DEALER SERVICES, INC.,<br><br>Defendants.<br><br>AND RELATED CAUSES | Case No.: SA CV 04-0441 CJC (MLGx)<br><br>Consolidated with: SA CV 04-1198 CJC (MLGx)<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| MAGNADYNE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AUDIOVOX CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, SOUTHWEST DEALER SERVICES, INC., d/b/a KARR SECURITY SYSTEMS, and CODE SYSTEMS INC.,<br><br>Defendants. | Case No. SACV04-0441 CJC MLGx<br><br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| AUDIOVOX CORPORATION, AUDIOVOX ELECTRONICS CORPORATION, SOUTHWEST DEALER SERVICES, INC., d/b/a KARR SECURITY SYSTEMS, and CODE SYSTEMS INC.,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>MAGNADYNE CORPORATION,<br><br>Counterclaim-Defendant, | |

| | |
|---|---|
| 1 | AUDIOVOX ELECTRONICS CORPORATION and AUDIOVOX CORPORATION, |
| 2 | |
| 3 | Third-Party Plaintiffs, |
| 4 | vs. |
| 5 | NUTEK CORPORATION, |
| 6 | Third-Party Defendant, |
| 7 | NUTEK CORPORATION, |
| 8 | Third-Party Cross-Claim Plaintiff, |
| 9 | |
| 10 | vs. |
| 11 | MAGNADYNE CORPORATION, |
| 12 | Third-Party Cross-Claim Defendant. |

Plaintiff Magnadyne Corporation having brought this action for patent infringement against defendants Audiovox Corporation, Audiovox Electronics Corporation and Southwest Dealer Services, Inc. d/b/a/ Karr Security Systems; Plaintiff Magnadyne Corporation having brought a separate action for patent infringement against Code Systems, Inc. (Civil Action No. 04-1198) which has been consolidated with this action; defendants Audiovox Corporation, Audiovox Electronics Corporation, Southwest Dealer Services, Inc. d/b/a/ Karr Security Systems and Code Systems, Inc. having brought counter-claims against Magnadyne Corporation; Audiovox Corporation and Audiovox Electronics Corporation having brought third-party claims against third-party defendant Nutek Corporation; Nutek Corporation having filed cross-claims against Magnadyne Corporation; the parties having reached a settlement agreement resolving all claims, counter-claims, third-party claims and cross-claims; the parties having agreed to dismiss this action with prejudice as evidenced by the signatures of their respective counsel below; and the Court being duly advised on the premises:

It is hereby ORDERED as follows:

1. Magnadyne Corporation's claims against Audiovox Corporation, Audiovox Electronics Corporation, Southwest Dealer Services, Inc. d/b/a/ Karr Security Systems and Code Systems, Inc are dismissed with prejudice;

2. Audiovox Corporation, Audiovox Electronics Corporation, Southwest Dealer Services, Inc. d/b/a/ Karr Security Systems and Code Systems, Inc.'s counter-claims against Magnadyne Corporation are dismissed with prejudice;

3. Audiovox Corporation and Audiovox Electronics Corporation's third-party claims against Nutek Corporation are dismissed with prejudice.

4. Nutek Corporation's cross-claims against Magnadyne Corporation are dismissed with prejudice; and

5. The parties shall each bear their own fees and costs incurred in connection with this action.

**SO ORDERED.**

_____
Honorable Cormac J. Carney
United States District Court Judge

Dated: 6/6/05

**Stipulated and Agreed:**

| | |
|---|---|
| **Brooks Kushman P.C.** | **Morgan & Finnegan, L.L.P.** |
| By: _____ | By: _____ |
| Kevin J. Hein (Pro Hac Vice) | Joseph A. DeGirolamo, Esq. |
| Robert C.J. Tuttle (Pro Hac Vice) | Bruce D. DeRenzi, Esq. |
| Seth E. Rodack (Pro Hac Vice) | 3 World Financial Center |
| 1000 Town Center | New York, NY 10281-2101 |
| Twenty-Second Floor | Telephone: (212) 415-8700 |
| Southfield, Michigan 48075-1238 | Telefax: (212) 415-8701 |
| Tel: (248) 358-4400 | |
| Fax: (248) 358-3351 | |

*Attorneys for Plaintiff/
Counter-Claim Defendant/
Cross-Claim Defendant
Magnadyne Corporation*

*Attorneys for Defendants/
Counter-Claim Plaintiffs
Audiovox Corp., Audiovox
Electronics Corp., Southwest
Dealer Services, Inc. d/b/a
Karr Security Systems, and
Code Systems Inc.*

**Hogan & Hartson L.L.P.**

By: _____
William H. Wright (SBN 161580)
Robert J. Benson (SBN 155971)
Soyeon P. Laub (SBN 189118)
500 South Grand Avenue
Suite 1900
Los Angeles, California 90071
Tel: (213) 337-6700
Fax: (213) 337-6701

*Attorneys for Third-Party
Defendant, Nutek Corporation*

-4-

# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 233 Wilshire Boulevard, Suite 900, Santa Monica, California 90401-1211.

On Monday, June 6, 2005, I served:

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

addressed as follows to:

| Robert Jacobs, Esq. | Kevin J. Heinl, Esq. | William H. Wright, Esq. |
|---|---|---|
| Mark B. Mizrahi, Esq. | Seth E. Rodack, Esq. | Hogan & Hartson L.L.P. |
| BELASCO JACOBS & TOWNSLEY, LLP | BROOKS KUSHMAN PC | 500 South Grand Avenue |
| 6100 Center Drive, Suite 630 | 1000 Town Center, 22nd Floor | Suite 1900 |
| Los Angeles, California 90045 | Southfield, Michigan 48075-1238 | Los Angeles, California 90071 |
| Facsimile: (310) 743-1189 | Facsimile: (248) 358-3351 | Fax No. (213) 337-6701 |
| (via facsimile and U.S. Mail) | | |

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

☐ **BY PERSONAL SERVICE**

☐ FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☐ STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Monday, June 6, 2005, at Santa Monica, California.

Charity J. Hook