# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. <u>SA CV 04-0441-CJC(MLGx)</u>     Date <u>July 12, 2005</u>

Title: <u>Magnadyne Corp., etc. -v- Audiovox Corp., etc., et al.</u>

Present: The Honorable <u>CORMAC J. CARNEY</u>

| D. Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
Not Present                           Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated <u>June 8, 2005</u>.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____

DOCKETED ON CM
JUL 13 2005
BY _____

Initials of Preparer _____

CV-74 (08/97)     CIVIL MINUTES - REOPENING/CLOSING